**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 09, 2015

Hon. Jose Aliseda
District Attorney's Office
111 S. St. Mary's Street, Ste. 203
Beeville, TX 78102

Hon. Julie Michele Balovich
Texas Rio Grande Legal Aid, Inc.
114 N. 6th St.
Alpine, TX 79830
* DELIVERED VIA E-MAIL *

Hon. Edward F. Shaughnessy III
Attorney at Law
206 E. Locust Street
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Hon. Michelle Ochoa
Texas Rio Grande Legal Aid, Inc.
331A N. Washington St.
Beeville, TX 78102
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00554-CR
Tr.Ct.No.  L-01-0065-CR-B
Style:    Joe Anthony Cuevas v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   156th District Court (DELIVERED VIA E-MAIL)
      Hon. Melanie Matkin, Bee County District Clerk (DELIVERED VIA E-MAIL)